# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| PIXIOR GLOBAL LOGISTICS, LLC, a California limited liability company; E-COMM FULFILLMENT 3PL, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART, INC., a Delaware corporation; EDWARD ROBERTS LLC dba ERlifescience, a New York limited liability company; JOSEPH BIBI, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 5:22-cv-00561-WLH-DTBx<br>[Hon. Wesley L. Hsu]<br>Courtroom 9B<br><br>**JUDGMENT [105]**<br><br>Final Pretrial Conference: May 17, 2024<br>Trial: June 4, 2024<br>Complaint Served: April 14, 2022 |

In the above-entitled action, plaintiff Pixior Global Solutions, LLC ("Pixior"), plaintiff E-Comm Fulfillment 3PL ("E-Comm" and together with Pixior, "Plaintiffs"), and defendant Edward Roberts LLC dba ERlifescience ("Defendant" and together with Plaintiffs, the "Parties"), have entered into and filed a Stipulation for Entry of Judgment, through their respective counsel.  Accordingly, it is ADJUDGED, ORDERED, AND DECREED that judgment be entered on Plaintiffs' complaint, pursuant to the terms of the above-mentioned stipulation, as follows:

1. Judgment is entered against Defendant on Plaintiffs' first cause of action for breach of contract, in the amount of $1,275,000.  This judgment reflects Defendant's liability to Pixior in the amount of $961,076.76, and to E-Comm in the amount of $313,923.24.

2. Defendant has expressly waived notice of entry of judgment, notice of and right to any hearing regarding entry of judgment, and notice of default hereon.

3. The Parties have waived findings of fact and conclusions of law and the right to appeal this judgment.

4. Each party shall pay its own costs of suit and no Court award will be made for costs or attorney's fees in obtaining this Judgment.

5. The Court shall retain jurisdiction over the parties solely with regard to enforcement of this judgment until there is full performance of the terms hereof.

6. Plaintiffs' second through sixth causes of action against Defendant are hereby dismissed with prejudice.  Said dismissal is without prejudice to, and shall not preclude Plaintiffs from pursuing, the claims in its current lawsuit against Joseph Bibi in the Eastern District of New York, Case No. 1:23-cv-03530, or from asserting claims against any other individual or entity alleged to be liable to Plaintiffs on any of the claims asserted in this action.

6.1   Plaintiffs agree that any award of compensatory damages obtained in the EDNY lawsuit against Joseph Bibi shall be reduced by and to the extent of any amounts actually received by Plaintiffs in satisfaction of the Judgment entered in this case, excluding any payments that are applied to satisfy any amounts of interest that have accrued thereon.

7.   Any interest which shall accrue on any outstanding principal balance shall be at the rate set forth in 28 U.S.C. § 1961.

Dated:  May 15, 2024

　　　　　　　　　　　　　　　　　　　　　　
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE